**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01013-REB- PAC

EDWARD M. CASEY,

    Plaintiff,

v.

CITY OF FEDERAL HEIGHTS,
LES ACKER,
KEVIN SWEET, and
MALEE LOR,

    Defendants.

---

MINUTE ORDER[1]

---

    The court is in receipt of the Plaintiff's Response to Defendants' Motion to Strike Plaintiff's Expert Dr. Michael Jobin [#41], filed on January 12, 2006. In said response, the plaintiff voluntarily withdrew Dr. Michael Jobin as a disclosed and identified expert witness.

    **THEREFORE, IT IS ORDERED** that defendants' Motion to Strike Plaintiff's Expert Dr. Michael Jobin [#37], filed January 5, 2006, is DENIED as moot.

Dated: January 13, 2006

-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge.