# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-01013-REB- PAC

EDWARD M. CASEY,

    Plaintiff,

v.

CITY OF FEDERAL HEIGHTS,
LES ACKER,
KEVIN SWEET, and
MALEE LOR,

    Defendants.

## ORDER APPROVING COST AWARD

**Blackburn, J.**

    The matter before the court is the **Stipulation for Cost Award** [#89], filed September 29, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that the judgment for costs against Plaintiff, Edward M. Casey, and in favor of Defendants, City of Federal Heights, Les Acker, Kevin Sweet, and Malee Lor, in the amount of $1,258.65, without the parties having to appear before the Clerk for taxation.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Cost Award** [#89], filed September 29, 2006, is **APPROVED**; and

    2. That the court shall enter judgment for costs against Plaintiff, Edward M. Casey, and in favor of Defendants, City of Federal Heights, Les Acker, Kevin Sweet,

and Malee Lor, in the amount of $1,258.65, without the parties having to appear before the Clerk for taxation.

Dated October 2, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**