## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 05-cv-01013-REB-KLM

EDWARD M. CASEY,

    Plaintiff,

v.

CITY OF FEDERAL HEIGHTS,
LES ACKER,
KEVIN SWEET, and
MALEE LOR,

    Defendants.

---

## MINUTE ORDER[1]

---

The matters before the court are:

1.     Defendants' **Motion For Leave To Renew and Re-File Fed.R.Evid. 702 Motion To Strike Expert Witnesses** [#102], filed March 14, 2008; and

2.     Defendants' **Motion For Leave To Renew and Re-File Motion For Summary Judgment Concerning Municipal and Supervisory Liability Claims** [#103], filed March 14, 2008.

After careful review of the motions and the file, the court has concluded that the motions should be granted and that defendants should be permitted to re-file their motion to strike expert witnesses and their motion for summary judgment.

**THEREFORE IT IS ORDERED** as follows:

1. That defendants' **Motion For Leave To Renew and Re-File Fed.R.Evid.702 Motion To Strike Expert Witnesses** [#102], filed March 14, 2008, is **GRANTED**;

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

2. That defendants' **Motion for Leave to Renew and Re-File Motion For Summary Judgment Concerning Municipal and Supervisory Liability Claims** [#103], filed March 14, 2008, is **GRANTED**; and

3. That defendants shall re-file their motions by the close of business on **March 21, 2008**.

Dated: March 14, 2008