**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01013-REB-KLM

EDWARD M. CASEY,

    Plaintiff,

v.

KEVIN SWEET, and
MALEE LOR,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation For Dismissal With Prejudice** [#134] filed August 6, 2008. After review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#134] filed August 6, 2008, is **APPROVED**;

2. That the jury trial set to commence August 11, 2008, is **VACATED**;

3. That any pending motion is **DENIED** as moot; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 7, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**